DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO BABROW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1285

[August 19, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Kirk C. Volker, Judge; L.T. Case No. 50-2007-CF-014204-AXXX-MB.

Louis G. Carres, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***